395 A.2d 980

Coogan, Appellant, v. Franklin Town Corporation.

Argued September 13, 1978.   Gilbert S. Feinberg, with him Dennis A. Holtz, for appellant;  Jill A. Douthett, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.